IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO T. MARTIN,

    Petitioner,

v.                                                              4:23cv136–WS/HTC

WALTER MCNEIL,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed April 28, 2023. The magistrate judge recommends that the petitioner's amended petition (ECF No. 4) for writ of habeas corpus be dismissed. The petitioner has filed no objections to the report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is hereby ADOPTED and incorporated by reference into this order.

Case 4:23-cv-00136-WS-HTC   Document 8   Filed 06/05/23   Page 2 of 2

Page 2 of 2

2. The petitioner's amended petition (ECF No. 4) for writ of habeas corpus is hereby DISMISSED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this <u>  3rd  </u> day of <u>   June   </u>, 2023.


<u>s/ William Stafford                            </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE